IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JESSE RAY FAATZ | )    Case No. 11-50233 |
| | ) |
| Debtor. | ) |

### TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

**COMES NOW** the trustee herein, Bruce E. Strauss, who respectfully states as follows:

1. That debtor herein filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on March 28, 2011..

2. That Bank of America, National Association has filed a motion for relief from the automatic stay and the last day to file a responsive pleading is April 22, 2011.

3. That the trustee is investigating the circumstances involving the litigation that is the subject of the current motion for relief from automatic stay.

4. That the first meeting of creditors has not been held yet and is presently scheduled for a hearing in St. Joseph, Missouri on May 6, 2011 at 2:45 p.m.

5. That the trustee has not completed his analysis as to whether or not the United States Bankruptcy Court for the Western District of Missouri is the appropriate venue for determining the debtor's interest in certain property.

WHEREFORE, Bruce E. Strauss, trustee, prays an order of this court setting the matter for hearing.

Respectfully submitted,

**MERRICK, BAKER & STRAUSS, P.C.**

**By:**    /s/ Bruce E. Strauss
**BRUCE E. STRAUSS  MO#26323**
1044 Main Street - Suite 700
Kansas City, MO 64105
Telephone:    (816) 221-8855
Facsimile:    (816) 221-7886

**TRUSTEE**

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the above and foregoing was served upon all persons requesting electronic notification on April 13, 2011

                                            **/s/ Bruce E. Strauss**
                                              Bruce E. Strauss

**F:\BMSW\QUIKDOCS\11-50233\RespMLS-Pre341.wpd**